HELEN PASSARETTI et al., Appellants, v. MCCRORY STORES CORPORATION, Respondent.— In an action to recover damages for personal injuries, and for medical expenses and loss of services, plaintiffs appeal from an order denying the action a preference pursuant to rule 9 of the Kings County Supreme Court Rules. Order affirmed, without costs. No opinion. Nolan, P. J., MacCrate, Schmidt, Beldock and Murphy, JJ., concur.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT H. FISH, Appellant.— In a proceeding (*coram nobis*) to vacate a judgment of conviction of the crime of murder in the second degree, on the ground that appellant's trial counsel induced his plea of guilty by misrepresenting the term of sentence, order of the County Court, Queens County, entered after trial denying the application, affirmed. No opinion. Nolan, P. J., Schmidt, Beldock, Murphy and Ughetta, JJ., concur.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY REISER, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of the crime of petit larceny, and suspending sentence, unanimously affirmed. No opinion. No separate appeal lies from the sentence, which has been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Schmidt, Beldock, Murphy and Ughetta, JJ.